**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Connie L. Virnig,

Plaintiff,

vs.

Genmar Holdings, Inc.,
d/b/a Larson/Glastron Boats, Inc.,

Defendant.

Case No. 02-397JMR/RLE

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

---

It is hereby stipulated and agreed by the parties they voluntarily have settled this matter and that this action, including each and every claim asserted in it, shall be dismissed with prejudice and without costs, disbursements, or attorneys' fees to either party.

Dated: June 21, 2002

WARNER LAW OFFICE, P.A.

Daniel E. Warner, Esq. (#15295X)
3445 Washington Drive, Suite 204
Eagan, MN 55122-1340
Telephone: (651) 452-8224

Attorneys for Plaintiff Connie L. Virnig

FILED
RICHARD D. SLETTEN, CLERK
JUL 3 2002
JUDGEMENT ENTERED JUL 3 2002
DEPUTY CLERK'S INITIALS

Dated: June 27, 2002

DORSEY & WHITNEY LLP

Holly S. A. Eng (#238028)
Judith Williams-Killackey (#280227)
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Genmar Holdings, Inc., and
Larson/Glastron Boats, Inc.

## ORDER

**IT IS HEREBY ORDERED:**

That this action, including each and every claim alleged herein, is dismissed with prejudice. Each party shall bear its own attorneys' fees, costs, and disbursements. Let judgment be entered accordingly.

Dated: July 1st, 2002

James M. Rosenbaum, Judge of District Court